**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CASE NO. 5:23-CV-00206-FDW-SCR**

| | | |
|---|---|---|
| **ANTHONY HOWARD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

 **THIS MATTER** is before the Court on Plaintiff's Motion to Dismiss Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, (Doc. No. 7). Defendant, who has appeared, does not oppose the motion. For the reasons stated in the motion, it is GRANTED.

 **IT IS THEREFORE ORDERED** that Plaintiff's Motion to Dismiss, (Doc. No. 7), is GRANTED, and this matter is DISMISSED. The Clerk is respectfully directed to CLOSE THE CASE.

 **IT IS SO ORDERED.**

Signed: May 20, 2024

Frank D. Whitney
United States District Judge